IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 SEP 22  A 9: 49

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| ANTUAN KEYELLE SPIKES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 320-036 |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner | ) | |
| of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed.  Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the

Clerk to enter final judgment in favor of the Commissioner.

SO ORDERED this 22nd day of September, 2021, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE